UNITED STATES OF AMERICA
DISTRICT OF MINNESOTA
Case No. 24-CR-161 (ECT/DJF)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| plaintiff, | ) |
| v. | ) |
| | ) |
| Billy Ismael Hawkins, | ) |
| | ) |
| defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TRIAL DATE**

Counsel for the parties jointly request that the Court's Trial and Pretrial dates be extended for 30 days. This is based on the following:

1. On December 3, 2024, this Court ordered that: trial documents be filed by December 20, 2024, responses to opposing parties' motions be filed by December 27, 2024, a pretrial conference be held January 3, 2025, and trial commence on January 6, 2025. Dk. # 37.

2. Counsel for Mr. Hawkins will be out of state on a family vacation from December 28, 2024, to January 11, 2025.

3. The parties have begun having settlement discussions; the discussions have been productive, but a few issues remain un-resolved.

4. Ms. Hawkins is in custody and currently resides in Minnesota Correctional Facility in Moose Lake, Minnesota.

5. The parties believe that an extension of the court's scheduling order will benefit both parties, allowing the parties to focus on what in all likelihood will

be a resolution short of trial instead of working on trial documents which may be unnecessary.

WHEREFORE, the parties jointly request that the Court's scheduling order (Dk. # 37) be extended to afford the parties time to reach a resolution or sufficient time to meet pretrial filing deadlines.

Date:  December 5, 2024								RESPECTFULLY SUBMITTED,

ANDREW M. LUGER
United States Attorney

BY: s/ *Kristian C.S. Weir*
      s/ *Thomas Calhoun-Lopez*
      Assistant U.S. Attorneys

ELLIS LAW OFFICE

BY:     *s/ deborah ellis*
          DEBORAH ELLIS
          Atty. Reg. No. 14616X
          101 East Fifth Street, Suite 1500
          St. Paul, MN    55101
          (651) 288-3554

          Counsel for Billy Ismael Hawkins